**FILED**

JUN 16 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N F O R M A T I O N** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **5 : 25 CR 00297** |
| v. | ) | CASE NO. |
| | ) | Title 18, United States Code, |
| WILLIAM MICHAEL CLARK, | ) | Section 201(b)(1) **JUDGE PEARSON** |
| | ) | |
| Defendant. | ) | **MAG. JUDGE HENDERSON** |

COUNT 1
(Bribery, 18 U.S.C. § 201(b)(1))

The Acting United States Attorney charges:

From in or around July 2019 to in our around July 2023, in the Northern District of Ohio and elsewhere, Defendant, WILLIAM MICHAEL CLARK, directly and indirectly did corruptly give, offer, and promise a thing of value to a public official, with intent to influence an official act, that is CLARK did agree to give, offer, and promise cash payments to J.R. on behalf of a company in return for influencing the performance of official acts while J.R. was employed at the United States Postal Service.

In violation of Title 18, United States Code, Section 201(b)(1).

CAROL M. SKUTNIK
Acting United States Attorney

By:  _____
DAVID M. TOEPFER, CHIEF
Akron/Youngstown Branch